# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 26, 2010

140131

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JEREMY RAY BERGQUIST,
      Defendant-Appellant.

SC: 140131
COA: 293683
Muskegon CC: 08-056408-FC

_____/

On order of the Court, the application for leave to appeal the October 15, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2010

_____
Clerk

0222